ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JUL 10 AM 11:13

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RAFAEL FULGENCIO, ) | |
| Petitioner, ) | |
| v. ) | CV 312-039 |
| WALT WELLS, Warden, CI McRae, et al., ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 19).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondents Eichenlaub and Lappin are **DISMISSED** from this action, the instant § 2241 petition is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 10th day of July, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Although Petitioner argues in his objections that the Court erred by addressing the wrong period of time for which he wishes to be credited on his remaining sentence (doc. no. 19, p. 1), the supposedly "correct" time period was clearly encompassed by the time periods addressed in the Report and Recommendation (see generally doc. no. 17). Petitioner's argument therefore presents no grounds for deviation from the Magistrate Judge's recommendation and is **OVERRULED**.